UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                            Plaintiff,

v.                                                    Case No. 5:23–cr–20298–JEL–KGA
                                                      Hon. Judith E. Levy

Wendy Beard,

                            Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Wendy Beard

   The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Room #2, Magistrate Judge Grand's Courtroom, Ann Arbor, Michigan, for the following proceeding(s):

   • PLEA HEARING:  July 13, 2023 at 02:00 PM

   **ADDITIONAL INFORMATION:**   Time change, and moving location to Magistrate Judge Grand's Courtroom


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            By: s/W. Barkholz_____
                                Case Manager

Dated:  June 23, 2023