| PRODBEG | DESCRIPTION | FBI Number |
|---|---|---|
| 0001 | Artist: Don Worth<br>Title: Hawaii 1968<br>Owner: Lyle Gomes | 1B38 |
| 0002 | Artist: Don Worth<br>Title: Calictus, 1970<br>Owner: Lyle Gomes | 1B38 |
| 0003 | Artist: Berenice Abbott<br>Title: 38th Street, NY 1938<br>Owner: | 1B38 |
| 0004 | Artist: Marion Post Wolcott<br>Title: Watermelon Cart, 1938<br>Owner: | 1B38 |
| 0005 | Artist: Ralph Steiner<br>Title: SJ Pearlman, 1935<br>Owner: | 1B38 |
| 0006 | Artist: Robert Capa<br>Title: Spanish Civil War 1938<br>Owner: | 1B38 |
| 0007 | Artist: Diane Arbus<br>Title: Human Pin Cushion<br>Owner: J. Ross Baughman | 1B38 |
| 0008 | Artist: Cornell Capa<br>Title: JFK 1960<br>Owner: | 1B38 |
| 0009 | Artist: Morris Engle<br>Title: Shoeshine, 1948<br>Owner: | 1B38 |
| 0010 | | 1B38 |
| 0011 | | 1B38 |
| 0012 | Artist: Ralph Steiner<br>Title: Ford Front, 1935<br>Owner: Murray Weiss | 1B38 |
| 0013 | Artist: Jesse Alexander<br>Title: Maserati at Garage, Italy<br>Owner: Nancy Alexander | 1B39 |
| 0014 | Artist: Lyle Gomes<br>Title: Apollo, Italy 2018<br>Owner: Lyle Gomes | 1B39 |
| 0015 | Artist: Lyle Gomes<br>Title: Arboretum, England<br>Owner: Lyle Gomes | 1B39 |
| 0016 | Artist: Berenice Abbott<br>Title: Chrysler Building<br>Owner: | 1B39 |

| | | |
|---|---|---|
| 0017 - 0018 | Artist: Michael Kenna<br>Title: Wainhouse Tower, Halifax, Yorkshire, England<br>Owner: | 1B39 |
| 0019 | Artist: Michael Kenna<br>Title: In the Balance, France 1998<br>Owner: | 1B39 |
| 0020 | Artist: Bill Schwab<br>Title: Iceland, 2019<br>Owner: Bill Schwab | 1B39 |
| 0021 | Artist: Ralph Steiner<br>Title: Woolworth Building, NYC, 1925<br>Owner: | 1B39 |
| 0022 | Artist: Bill Schwab<br>Title: Emmett County<br>Owner: Bill Schwab | 1B39 |
| 0023 | Artist: Bill Schwab<br>Title: Emmett County 2020<br>Owner: Bill Schwab | 1B39 |
| 0024 | Artist: Andre' Kertesz<br>Title: ABT, 1952<br>Owner: | 1B40 |
| 0025 | Artist: Thurston Hopkins<br>Title: La Dolce Vita, 1953<br>Owner: Ron Levin | 1B40 |
| 0026 | Artist: Robert Capa<br>Title: Picasso and Family<br>Owner: | 1B40 |
| 0027 | Artist: Max Yavno<br>Title: Knockout, 1965<br>Owner: Purchased by Peter Fetterman | 1B40 |
| 0028 | Artist: John Gutmann<br>Title: High Dive Champion, 1936 Olympics, Marjorie Gesting<br>Owner: | 1B40 |
| 0029 | Artist: Robert Doisnea<br>Title: Handstands, 1930<br>Owner: Ron Levin | 1B40 |
| 0030-0031 | Artist: Willy Ronis<br>Title: Couple on Manks River, Paris, 1953 / Quai Malaquais, Paris, 1953<br>Owner: Ron Levin | 1B40 |
| 0032 | Artist: Margaret Bourke White<br>Title: Semionova, Premiere Ballerina, Russia 1931<br>Owner: | 1B40 |
| 0033 | Artist: Duane Michaels<br>Title: Balanchine and Dancers, 1960<br>Owner: | 1B40 |

| | | |
|---|---|---|
| 0034 | Artist: Ruth Bernhard<br>Title: Two Forms, 1968<br>Owner: Elaine Yaker | 1B40 |
| 0035 | Artist: Ralph Steiner<br>Title: Men in White, 1938<br>Owner: | 1B41 |
| 0036 | Artist: Michael Kenna<br>Title: The Rouge, Study 45, Dearborn, Michigan<br>Owner: Jed MacKay | 1B41 |
| 0037 | Artist: Robert Capa<br>Title: Spanish Civil War<br>Owner: | 1B41 |
| 0038 | Artist: David Williams<br>Title: Princess Di's Wedding<br>Owner: | 1B41 |
| 0039 | Artist: Lilo Raymond<br>Title: Flowers<br>Owner: | 1B41 |
| 0040 | Artist: Don Hong Oai<br>Title: At Dawn<br>Owner: | 1B41 |
| 0041 | Artist: David Williams<br>Title: St Mary's School<br>Owner: | 1B41 |
| 0042 | Artist: Eduard J. Steichen<br>Title: Isadora Duncan<br>Owner: | 1B41 |
| 0043 | Artist: G. Kasebier<br>Title: Mrs. Phillip Lydig<br>Owner: | 1B41 |
| 0044 | Artist: Lyle Gomes<br>Title: Variation #19, Marea, Texas<br>Owner: Lyle Gomes | 1B41 |
| 0045 | Artist: Lyle Gomes<br>Title: Variation #70, Marea, Texas<br>Owner: Lyle Gomes | 1B42 |
| 0046 | Artist: Lyle Gomes<br>Title: Variation #45, Marea, Texas<br>Owner: Lyle Gomes | 1B42 |
| 0047 | Artist: Myra Wiggins<br>Title: Girl at Window<br>Owner: | 1B42 |
| 0048 | Artist: Peter H Emerson<br>Title: The Village of Horning<br>Owner: | 1B42 |

| | | |
|---|---|---|
| 0049 | Artist: E.O. Hoppe<br>Title:<br>Owner: | 1B42 |
| 0050 | Artist: Morris Engle<br>Title: Horse Auction<br>Owner: | 1B42 |
| 0051 | Artist: Vaslav Nijinsky<br>Title:<br>Owner: | 1B42 |
| 0052 | | 1B42 |
| 0053 | Artist: Bill Schwab<br>Title: Tiger Stadium<br>Owner: Bill Schwab | 1B42 |
| 0054 | Artist: Mark Litret<br>Title: Stairs<br>Owner: | 1B42 |
| 0055 | Artist: Sommer<br>Title: Pompei<br>Owner: | 1B43 |
| 0056 | Artist: Walter Rosenblum<br>Title: Mother and Sleeping Children<br>Owner: | 1B43 |
| 0057 | Artist:<br>Title: Pompei<br>Owner: | 1B43 |
| 0058 | Artist: Edward Steichen<br>Title: Isadora Duncan at the Parthenon<br>Owner: | 1B43 |
| 0059 | Artist:<br>Title: Golf<br>Owner: | 1B43 |
| 0060 | Artist: Walter Rosenblum<br>Title: Horse<br>Owner: | 1B43 |
| 0061 | Artist: Walter Rosenblum<br>Title: Beggars<br>Owner: | 1B43 |
| 0062 | Artist: Walter Rosenblum<br>Title: Funeral<br>Owner: | 1B43 |
| 0063 | Artist: Barbara Morgan<br>Title:<br>Owner: | 1B43 |
| 0064 | Artist: Ralph Steiner<br>Title:<br>Owner: | 1B |
| 0065 | | 1B |

| | | |
|---|---|---|
| 0066 | | 1B |
| 0067 | Artist: Ralph Steiner<br>Title:<br>Owner: | 1B |
| 0068 | | 1B |
| 0069 | | 1B |
| 0070 | | 1B |
| 0071 | | 1B |
| 0072 | Artist: Ralph Steiner<br>Title: Two Men and The Ocean<br>Owner: | 1B |
| 0073 | Artist: Myra Wiggins<br>Title: Children at Window<br>Owner: | 1B |
| 0074 | | 1B |
| 0075 | | 1B |
| 0076 | | 1B |
| 0077 | | 1B |
| 0078 | | 1B |
| 0079 | | 1B |
| 0080 | | 1B |
| 0081 | | 1B |
| 0082 | | 1B |
| 0083 | | 1B |
| 0084 | | 1B |
| 0085 | Artist: Paul Andersen<br>Title: The Dance of the Butterflies<br>Owner: | 1B |
| 0086 | | 1B |
| 0087 | | 1B |
| 0088 | | 1B |
| 0089 | | 1B |
| 0090 | | 1B |
| 0091 | | 1B |
| 0092 | | 1B |
| 0093 | Artist: Eugene Richards<br>Title:<br>Owner: | 1B |
| 0094 | Artist: Mandy Vahabzadeh<br>Title: Varanasi 1989<br>Owner: | 1B |
| 0095 | Artist: Lyle Gomes<br>Title:<br>Owner: | 1B |
| 0096 | Artist: Lyle Gomes<br>Title:<br>Owner: | 1B |

| | | |
|---|---|---|
| 0097 | | 1B |
| 0098 | | 1B |
| 0099 | | 1B |
| 0100 | | 1B |
| 0101 | | 1B |
| 0102 | | 1B |
| 0103 | | 1B |
| 0104 | | 1B |
| 0105 | | 1B |
| 0106 | | 1B |
| 0107 | | 1B |
| 0108 | | 1B |
| 0109 | | 1B |
| 0110 | Artist: Arthur Todd<br>Title: Pearl Primus/Charles Weidman<br>Owner: | 1B |
| 0111 | | 1B |
| 0112 | | 1B |
| 0113 | | 1B |
| 0114 | | 1B |
| 0115 | | 1B |
| 0116 | | 1B |
| 0117 | | 1B |
| 0118 | | 1B |
| 0119 | | 1B |
| 0120 | | 1B |
| 0121 | | 1B |
| 0122 | | 1B |
| 0123 | | 1B |
| 0124 | Artist: Larry Snider<br>Title: Two Young Monks, Ginghan Provenance, Tibet (China) 2011<br>Owner: | 1B |
| 0125 | Artist: Larry Snider<br>Title:<br>Owner: | 1B |
| 0126 | Artist: Larry Snider<br>Title:<br>Owner: | 1B |
| 0127 | | 1B |
| 0128 | | 1B |
| 0129 | | 1B |
| 0130 | | 1B |
| 0131 | | 1B |
| 0132 | | 1B |
| 0133 | | 1B |
| 0134 | | 1B |

| | | |
|---|---|---|
| 0135 | | 1B |
| 0136 | | 1B |
| 0137 | | 1B |
| 0138 | | 1B |
| 0139 | | 1B |
| 0140 | | 1B |
| 0141 | | 1B |
| 0142 | | 1B |
| 0143 | | 1B |
| 0144 | | 1B |
| 0145 | | 1B |
| 0146 | | 1B |
| 0147 | | 1B |
| 0148 | | 1B |
| 0149 | | 1B |
| 0150 | Artist: Sasha Dorje Meyerowitz<br>Title: Space Into Distance, 2010<br>Owner: | 1B |
| 0151 | | 1B |
| 0152 | | 1B |
| 0153 | | 1B |
| 0154 | | 1B |
| 0155 | | 1B |
| 0156 | Artist: Sasha Dorje Meyerowitz<br>Title: Hay Bale Wall, 2009<br>Owner: | 1B |
| 0157 | Artist: Sasha Dorje Meyerowitz<br>Title:<br>Owner: | 1B |
| 0158 | Artist: Sasha Dorje Meyerowitz<br>Title: Sun Through Smoke, 2009<br>Owner: | 1B |
| 0159 | Artist: Sasha Dorje Meyerowitz<br>Title: Home Depot Dawn (UC#1), 2010<br>Owner: | 1B |
| 0160 | Artist: Sasha Dorje Meyerowitz<br>Title: Twisted Fence & Red Pole<br>Owner: | 1B |
| 0161 | Artist: Sasha Dorje Meyerowitz<br>Title: Valley Line, 2008<br>Owner: | 1B |
| 0162 | | 1B |
| 0163 | | 1B |
| 0164 | | 1B |
| 0165 | Artist: Harry Benson<br>Title: Sir Winston Churchill at Harrow School, 1965<br>Owner: | 1B |

| | | |
|---|---|---|
| 0166 | Artist: Harry Benson<br>Title: Nixon Resigns - 1974<br>Owner: | 1B |
| 0167 | | 1B |
| 0168 | Artist: Larry Snider<br>Title:Man with Red/Yellow Hat, Ljang, Tibet (China)<br>Owner: | 1B |
| 0169 | Artist: Larry Snider<br>Title:<br>Owner: | 1B |
| 0170 | | 1B |
| 0171 | | 1B |
| 0172 | | 1B |
| 0173 | | 1B |
| 0174 | | 1B |
| 0175 | | 1B |
| 0176 | | 1B |
| 0177 | | 1B |
| 0178 | | 1B |
| 0179 | | 1B |
| 0180 | | 1B |
| 0181 | | 1B |
| 0182 | | 1B |
| 0183 | | 1B |
| 0184 | | 1B |
| 0185 | | 1B |
| 0186 | | 1B |
| 0187 | | 1B |
| 0188 | | 1B |
| 0189 | | 1B |
| 0190 | | 1B |
| 0191 | | 1B |
| 0192 | | 1B |
| 0193 | Artist: Ansel Adams<br>Title:<br>Owner: | 1B |
| 0194 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0195 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0196 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0197 | | 1B |

| | | |
|---|---|---|
| 0198 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0199 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0200 | | 1B |
| 0201 | | 1B |
| 0202 | Artist: Bill Schwab<br>Title:<br>Owner: | 1B |
| 0203 | | 1B |
| 0204 | | 1B |
| 0205 | | 1B |
| 0206 | | 1B |
| 0207 | | 1B |
| 0208 | | 1B |
| 0209 | | 1B |
| 0210 | | 1B |
| 0211 | | 1B |
| 0212 | | 1B |
| 0213 | | 1B |
| 0214 | | 1B |
| 0215 | | 1B |
| 0216 | | 1B |
| 0217 | | 1B |
| 0218 | Artist: Joan Almond<br>Title: Moonlit Highway, Big Sur, California<br>Owner: | 1B |
| 0219 | Artist: Joan Almond<br>Title: Man From Chenini, Tunisia<br>Owner: | 1B |
| 0220 | Artist: Joan Almond<br>Title: Paan Leaves Drying<br>Owner: | 1B |
| 0221 | Artist: Joan Almond<br>Title: Sunlite Colander, Askaoun, Morocco<br>Owner: | 1B |
| 0222 | Artist: Joan Almond<br>Title:<br>Owner: | 1B |
| 0223 | Artist: Joan Almond<br>Title: Caretaker, Mosque of Sultan Hassan, Cairo<br>Owner: | 1B |
| 0224 | Artist: Joan Almond<br>Title:<br>Owner: | 1B |

| | | |
|---|---|---|
| 0225 | | 1B |
| 0226 | | 1B |
| 0227 | Artist: Bill Schwab<br>Title: Reynisfjara from Dyrholaey, Iceland 2015<br>Owner: | 1B |
| 0228 | | 1B |
| 0229 | | 1B |
| 0230 | | 1B |
| 0231 | Artist: Edward Weston<br>Title:<br>Owner: | 1B |
| 0232 | Artist: Edward Weston<br>Title:<br>Owner: | 1B |
| 0233 | Artist:<br>Title: The Ferry<br>Owner: | 1B |
| 0234 | | 1B |
| 0235 | | 1B |
| 0236 | | 1B |
| 0237 | | 1B |
| 0238 | | 1B |
| 0239 | | 1B |
| 0240 | | 1B |
| 0241 | | 1B |
| 0242 | | 1B |
| 0243 | Artist: Alvin L. Colburn<br>Title: House of Parliment<br>Owner: | 1B |
| 0244 | | 1B |
| 0245 | | 1B |
| 0246 | | 1B |
| 0247 | | 1B |
| 0248 | | 1B |
| 0249 | | 1B |
| 0250 | | 1B |
| 0251 | | 1B |
| 0252 | | 1B |
| 0253 | | 1B |
| 0254 | | 1B |
| 0255 | | 1B |
| 0256 | | 1B |
| 0257 | | 1B |
| 0258 | | 1B |
| 0259 | | 1B |
| 0260 | | 1B |
| 0261 | | 1B |

| | | |
|---|---|---|
| 0262 | | 1B |
| 0263 | Artist:<br>Title: Two Children With Sheep<br>Owner: | 1B |
| 0264 | | 1B |
| 0265 | | 1B |
| 0266 | | 1B |
| 0267 | | 1B |
| 0268 | | 1B |
| 0269 | | 1B |
| 0270 | | 1B |
| 0271 | | 1B |
| 0272 | | 1B |
| 0273 | | 1B |
| 0274 | | 1B |
| 0275 | | 1B |
| 0276 | | 1B |
| 0277 | Artist:<br>Title: Olympia 1932<br>Owner: | 1B |
| 0278 | | 1B |
| 0279 | | 1B |
| 0280 | | 1B |
| 0281 | | 1B |
| 0282 | | 1B |
| 0283 | | 1B |
| 0284 | | 1B |
| 0285 | | 1B |
| 0286 | | 1B |
| 0287 | | 1B |
| 0288 | | 1B |
| 0289 | | 1B |
| 0290 | | 1B |
| 0291 | | 1B |
| 0292 | | 1B |
| 0293 | | 1B |
| 0294 | | 1B |
| 0295 | | 1B |
| 0296 | | 1B |
| 0297 | | 1B |
| 0298 | | 1B |
| 0299 | | 1B |
| 0300 | | 1B |
| 0301 | | 1B |
| 0302 | | 1B |
| 0303 | | 1B |
| 0304 | | 1B |

| | | |
|---|---|---|
| 0305 | | 1B |
| 0306 | | 1B |
| 0307 | | 1B |
| 0308 | | 1B |
| 0309 | | 1B |
| 0310 | | 1B |
| 0311 | | 1B |
| 0312 | | 1B |
| 0313 | | 1B |
| 0314 | | 1B |
| 0315 | | 1B |
| 0316 | | 1B |
| 0317 | | 1B |
| 0318 | | 1B |
| 0319 | | 1B |
| 0320 | | 1B |
| 0321 | | 1B |
| 0322 | | 1B |
| 0323 | | 1B |
| 0324 | | 1B |
| 0325 | | 1B |
| 0326 | | 1B |
| 0327 | | 1B |
| 0328 | | 1B |
| 0329 | | 1B |
| 0330 | | 1B |
| 0331 | | 1B |
| 0332 | | 1B |
| 0333 | | 1B |
| 0334 | | 1B |
| 0335 | | 1B |
| 0336 | | 1B |
| 0337 | | 1B |
| 0338 | | 1B |
| 0339 | | 1B |
| 0340 | | 1B |
| 0341 | | 1B |
| 0342 | | 1B |
| 0343 | | 1B |
| 0344 | | 1B |
| 0345 | | 1B |
| 0346 | | 1B |
| 0347 | | 1B |
| 0348 | Artist: Bill Schwab<br>Title:<br>Owner: Bill Schwab | 1B |
| 0349 | | 1B |

| | | |
|---|---|---|
| 0350 | | 1B |
| 0351 | | 1B |
| 0352 | Artist: Bill Schwab<br>Title:<br>Owner: Bill Schwab | 1B |
| 0353 | | 1B |
| 0354 | | 1B |
| 0355 | | 1B |
| 0356 | | 1B |
| 0357 | | 1B |
| 0358 | | 1B |
| 0359 | Artist: August Sander<br>Title: Circus Performer<br>Owner: | 1B |
| 0360 | | 1B |
| 0361 | | 1B |
| 0362 | | 1B |
| 0363 | | 1B |
| 0364 | | 1B |
| 0365 | | 1B |
| 0366 | | 1B |
| 0367 | | 1B |
| 0368 | | 1B |
| 0369 | | 1B |
| 0370 | | 1B |
| 0371 | | 1B |
| 0372 | | 1B |
| 0373 | | 1B |
| 0374 | | 1B |
| 0375 | | 1B |
| 0376 | | 1B |
| 0377 | | 1B |
| 0378 | | 1B |
| 0379 | | 1B |
| 0380 | | 1B |
| 0381 | | 1B |
| 0382 | | 1B |
| 0383 | | 1B |
| 0384 | | 1B |
| 0385 | | 1B |
| 0386 | | 1B |
| 0387 | | 1B |
| 0388 | | 1B |
| 0389 | | 1B |
| 0390 | | 1B |
| 0391 | | 1B |
| 0392 | | 1B |

| | | |
|---|---|---|
| 0393 | | 1B |
| 0394 | Artist: Michelle Andonian<br>Title: Rouge Print<br>Owner: Michelle Andonian | 1B |
| 0395 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0396 | | 1B |
| 0397 | | 1B |
| 0398 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0399 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0400 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0401 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0402 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0403 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0404 | Artist: Michelle Andonian<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0405 | Artist:<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0406 | Artist:<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0407 | Artist:<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0408 | Artist:<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0409 | Artist:<br>Title:<br>Owner: Michelle Andonian | 1B |
| 0410 | | 1B |
| 0411 | | 1B |

| | | |
|---|---|---|
| 0412 | | 1B |
| 0413 | | 1B |
| 0414 | | 1B |
| 0415 | | 1B |
| 0416 | | 1B |
| 0417 | | 1B |
| 0418 | | 1B |
| 0419 | | 1B |
| 0420 | | 1B |
| 0421 | | 1B |
| 0422 | Artist: Willy Ronis<br>Title: Fecamp France<br>Owner: Ron Levin | 1B115 |
| 0423 | | 1B |
| 0424 | | 1B |
| 0425 | | 1B |
| 0426 | | 1B |
| 0427 | | 1B |
| 0428 | | 1B |
| 0429 | | 1B |
| 0430 | | 1B |
| 0431 | | 1B |
| 0432 | | 1B |
| 0433 | Artist: Lyle Gomes<br>Title: Apollo 8/50<br>Owner: Lyle Gomes | 1B |
| 0434 | Artist: Lyle Gomes<br>Title: Horizon 1/25<br>Owner: Lyle Gomes | 1B |
| 0435 | Artist: Lyle Gomes<br>Title: Zan Dune Death Valley 1/25<br>Owner: Lyle Gomes | 1B |
| 0436 | Artist: Lyle Gomes<br>Title: Horizon Paper Point 1/25<br>Owner: Lyle Gomes | 1B |
| 0437 | Artist: Lyle Gomes<br>Title: Field House, North Yorkshire 5/50<br>Owner: Lyle Gomes | 1B |
| 0438 | Artist: Lyle Gomes<br>Title: First Snow Central park 24/50<br>Owner: Lyle Gomes | 1B |
| 0439 | Artist: Lyle Gomes<br>Title: Horizon Pedro Point 1/25<br>Owner:Lyle Gomes | 1B |
| 0440 | Artist: Lyle Gomes<br>Title: Gateway 7/50<br>Owner: Lyle Gomes | 1B |

| | | |
|---|---|---|
| 0441 | Artist: Lyle Gomes<br>Title: Eucalyptus Canopy 40/50<br>Owner: Lyle Gomes | 1B |
| 0442 | Artist: Lyle Gomes<br>Title: Apollo<br>Owner: Lyle Gomes | 1B |
| 0443 | Artist: Lyle Gomes<br>Title: Horizon Padre Point 1/25<br>Owner: Lyle Gomes | 1B |
| 0444 | | 1B |
| 0445 | | 1B |
| 0446 | | 1B |
| 0447 | Artist: Arthur Kales<br>Title:<br>Owner: | 1B |
| 0448 | Artist: Lyle Gomes<br>Title: Horizon 1/25<br>Owner: Lyle Gomes | 1B |
| 0449 | Artist:<br>Title:<br>Owner: Lyle Gomes | 1B |
| 0450 | Artist: Lyle Gomes<br>Title:<br>Owner: Lyle Gomes | 1B |
| 0451 | Artist: Lyle Gomes<br>Title:<br>Owner: Lyle Gomes | 1B |
| 0452 | Artist: FH Evans<br>Title: Glouster Cathedral<br>Owner: Jed MacKay | 1B133 |
| 0453 | Artist: Immogen Cunningham<br>Title:<br>Owner: | 1B131 |
| 0454 | Artist: Dong Hong Oai<br>Title: Dogs on Beach<br>Owner: 134 | 1B134 |
| 0455 | Artist: Jacobs Pillow<br>Title:<br>Owner: | 1B132 |
| 0456 | Artist: John Ward<br>Title:<br>Owner: | 1B |
| 0457 | | 1B |
| 0458 | | 1B |
| 0459 | | 1B |
| 0460 | | 1B |
| 0461 | | 1B |

| | | |
|---|---|---|
| 0462 | | 1B |
| 0463 | Artist: Bill Schwab<br>Title:<br>Owner: Bill Schwab | 1B |
| 0464 | | 1B |
| 0465 | | 1B |
| 0466 | | 1B |
| 0467 | | 1B |
| 0468 | | 1B |
| 0469 | | 1B |
| 0470 | | 1B |
| 0471 | | 1B |
| 0472 | | 1B |
| 0473 | | 1B |
| 0474 | | 1B |
| 0475 | | 1B |
| 0476 | | 1B |
| 0477 | Artist:<br>Title: Stairway to Heaven<br>Owner: | 1B |
| 0478 | | 1B |
| 0479 | | 1B |
| 0480 | | 1B |
| 0481 | | 1B |
| 0482 | | 1B |
| 0483 | | 1B |
| 0484 | | 1B |
| 0485 | | 1B |
| 0486 | | 1B |
| 0487 | | 1B |
| 0488 | | 1B |
| 0489 | | 1B |
| 0490 | | 1B |
| 0491 | | 1B |
| 0492 | | 1B |
| 0493 | | 1B |
| 0494 | | 1B |
| 0495 | | 1B |
| 0496 | | 1B |
| 0497 | | 1B |
| 0498 | | 1B |
| 0499 | | 1B |
| 0500 | | 1B |
| 0501 | | 1B |
| 0502 | | 1B |
| 0503 | | 1B |
| 0504 | | 1B |

| | | |
|---|---|---|
| 0505 | | 1B |
| 0506 | | 1B |
| 0507 | | 1B |
| 0508 | | 1B |
| 0509 | | 1B |
| 0510 | | 1B |
| 0511 | | 1B |
| 0512 | | 1B |
| 0513 | | 1B |
| 0514 | | 1B |
| 0515 | | 1B |
| 0516 | | 1B |
| 0517 | | 1B |
| 0518 | | 1B |
| 0519 | | 1B |
| 0520 | | 1B |
| 0521 | | 1B |
| 0522 | | 1B |
| 0523 | | 1B |
| 0524 | | 1B |
| 0525 | | 1B |
| 0526 | | 1B |
| 0527 | | 1B |
| 0528 | | 1B |
| 0529 | | 1B |
| 0530 | Artist: Arnold Genthe<br>Title: Isadora and the Isadorables<br>Owner: | 1B |
| 0531 | Artist: Erica Lennard<br>Title: Versailles<br>Owner: | 1B |
| 0532 | | 1B |
| 0533 | | 1B |
| 0534 | | 1B |
| 0535 | | 1B |
| 0536 | | 1B |
| 0537 | | 1B |
| 0538 | | 1B |
| 0539 | | 1B |
| 0540 | | 1B |
| 0541 | Artist: John Ward<br>Title: Mist at Ouzel Falls, Colorado<br>Owner: | 1B |
| 0542 | | 1B |
| 0543 | | 1B |
| 0544 | | 1B |
| 0545 | | 1B |

| | | |
|---|---|---|
| 0546 | | 1B |
| 0547 | | 1B |
| 0548 | | 1B |
| 0549 | | 1B |
| 0550 | | 1B |
| 0551 | | 1B |
| 0552 | | 1B |
| 0553 | | 1B |
| 0554 | | 1B |
| 0555 | | 1B |
| 0556 | | 1B |
| 0557 | | 1B |
| 0558 | | 1B |
| 0559 | | 1B |
| 0560 | | 1B |
| 0561 | | 1B |
| 0562 | | 1B |
| 0563 | | 1B |
| 0564 | | 1B |
| 0565 | | 1B |
| 0566 | | 1B |
| 0567 | | 1B |
| 0568 | | 1B |
| 0569 | | 1B |
| 0570 | | 1B |
| 0571 | | 1B |
| 0572 | | 1B |
| 0573 | | 1B |
| 0574 | | 1B |
| 0575 | | 1B |
| 0576 | | 1B |
| 0577 | | 1B |
| 0578 | Artist: Judy Linn<br>Title: Kraton, Solo, Java<br>Owner: | 1B |
| 0579 | | 1B |
| 0580 | | 1B |
| 0581 | | 1B |
| 0582 | | 1B |
| 0583 | | 1B |
| 0584 | | 1B |
| 0585 | | 1B |
| 0586 | | 1B |
| 0587 | | 1B |
| 0588 | | 1B |
| 0589 | | 1B |
| 0590 | | 1B |

| | | |
|---|---|---|
| 0591 | Artist: Don Hong Oai<br>Title:<br>Owner: | 1B |
| 0592 | | 1B |
| 0593 | | 1B |
| 0594 | | 1B |
| 0595 | | 1B |
| 0596 | | 1B |
| 0597 | | 1B |
| 0598 | | 1B |
| 0599 | | 1B |
| 0600 | | 1B |
| 0601 | | 1B |
| 0602 | | 1B |
| 0603 | | 1B |
| 0604 | | 1B |
| 0605 | | 1B |
| 0606 | Artist: Fae Heath Batten<br>Title:<br>Owner: | 1B |
| 0607 | | 1B |
| 0608 | | 1B |
| 0609 | | 1B |
| 0610 | Artist: Fae Heath Batten<br>Title:<br>Owner: | 1B |
| 0611 | | 1B |
| 0612 | Artist: Austin Wilder<br>Title:<br>Owner: | 1B |
| 0613 | | 1B |
| 0614 | | 1B |
| 0615 | | 1B |
| 0616 | | 1B |
| 0617 | | 1B |
| 0618 | | 1B |
| 0619 | | 1B |
| 0620 | | 1B |
| 0621 | | 1B |
| 0622 | | 1B |
| 0623 | | 1B |
| 0624 | | 1B |
| 0625 | | 1B |
| 0626 | | 1B |
| 0627 | | 1B |
| 0628 | | 1B |
| 0629 | | 1B |

| | | |
|---|---|---|
| 0630 | | 1B |
| 0631 | | 1B |
| 0632 | | 1B |
| 0633 | | 1B |
| 0634 | | 1B |
| 0635 | | 1B |
| 0636 | | 1B |
| 0637 | | 1B |
| 0638 | | 1B |
| 0639 | | 1B |
| 0640 | | 1B |
| 0641 | | 1B |
| 0642 | | 1B |
| 0643 | | 1B |
| 0644 | | 1B |
| 0645 | | 1B |
| 0646 | | 1B |
| 0647 | | 1B |
| 0648 | | 1B |
| 0649 | | 1B |
| 0650 | | 1B |
| 0651 | | 1B |
| 0652 | | 1B |
| 0653 | | 1B |
| 0654 | | 1B |
| 0655 | | 1B |
| 0656 | | 1B |
| 0657 | | 1B |
| 0658 | | 1B |
| 0659 | | 1B |
| 0660 | | 1B |
| 0661 | | 1B |
| 0662 | | 1B |
| 0663 | | 1B |
| 0664 | | 1B |
| 0665 | | 1B |
| 0666 | | 1B |
| 0667 | | 1B |
| 0668 | | 1B |
| 0669 | | 1B |
| 0670 | | 1B |
| 0671 | | 1B |
| 0672 | | 1B |
| 0673 | | 1B |
| 0674 | | 1B |
| 0675 | | 1B |
| 0676 | | 1B |

| 0677 | | 1B |
|------|--|----|
| 0678 | | 1B |
| 0679 | | 1B |
| 0680 | | 1B |
| 0681 | | 1B |
| 0682 | | 1B |
| 0683 | | 1B |
| 0684 | | 1B |
| 0685 | | 1B |
| 0686 | | 1B |
| 0687 | | 1B |
| 0688 | | 1B |
| 0689 | | 1B |
| 0690 | | 1B |