# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

      **Plaintiff**,

-vs-                                        Case # 23-20298

                                                HON. JUDITH LEVY

**WENDY BEARD,**

      **Defendant.**

_____/

## STIPULATED ORDER AMENDING BOND CONDITIONS

The parties having been informed and seen evidence that Defendant Beard's employment requires her to travel to Windsor, Canada on a regular basis, and being further informed that she needs her passport to do so, the parties further agreeing that it is in the interests of justice that Defendant Beard continue to work, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Beard's bond conditions be amended to allow Pre-Trial Services to return her passport to her for purposes of work travel to Windsor, Canada. All other bond conditions remain in effect.

**IT IS FURTHER ORDERED** that Defendant Beard inform Pre-Trial Services 24 hours in advance of any international trips to Canada.

Date: October 11, 2023                        s/Judith E. Levy
                                                    JUDITH E. LEVY
                                                      United States District Judge

Approved as to substance and form:

s/ Steven Fishman and Pamella Szydlak
Attorneys for Defendant Beard

s/ Ryan Particka (w/ permission)
Assistant U.S. Attorney