UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      **Plaintiff,**

-vs-                                          Case # 23-20298

                                                HON.  JUDITH LEVY

WENDY BEARD,

      **Defendant.**
_____/

## STIPULATION AND ORDER TO ADJOURN

The parties, through their attorneys, hereby stipulate to adjourn the sentencing hearing presently scheduled for February 29, 2024 until April 10, 2024.

The parties further stipulate and agree that an adjournment of the sentencing hearing is necessary to insure that the parties can provide the Court with all the information relevant to the issue of sentencing.

s/ Steven Fishman                        s/ Ryan Particka (w/permission)
Steven Fishman                           Ryan Particka, AUSA
Attorney for Defendant Beard         United States Attorney's Office

Dated: February 6, 2024

## **ORDER ADJOURNING SENTENCING HEARING**

The parties having agreed that an adjournment of the sentencing hearing is necessary to provide the Court with all information relevant to the issue of sentencing, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the sentencing hearing is adjourned from February 29, 2024 to **April 10, 2024 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that sentencing memoranda shall be filed on or before April 3, 2024.

Date: February 6, 2024            s/Judith E. Levy
                                  JUDITH E. LEVY
                                  United States District Judge