UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                               Case No. 5:23–cr–20298–JEL–KGA
                                             Hon. Judith E. Levy

Wendy Beard,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Wendy Beard

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING: June 20, 2024 at 10:30 AM

**ADDITIONAL INFORMATION:** Sentencing Memoranda due on or before 6/13/2024

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/W. Barkholz
                                                     Case Manager

Dated: March 26, 2024