# Exhibit 2



1B43
Artist:
Title: Golf
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



Rose, Out of heroin or fell into Chateau 19. Next where? Drone.

1B
Artist:
Title:
Owner:





68.  Noelle de Mosa/Joos Ballet
1930

1B
Artist:
Title:
Owner:

 

1B
Artist:
Title:
Owner:



75. Pearl Primus/Charles
Weidman by Arthur Todd

1B
Artist: Arthur Todd
Title: *Pearl Primus/Charles Weidman*
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:





1B
Artist:
Title:
Owner:





1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:









1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:





1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:

B13A9
B51



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



silver gelatin photograph of
Jose Limon
$500

www.halstedgallery.com

3 1. Jose Limon Portrait 1950's

1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



GRAHAM HILL
(BRM)
NURBURGRINE 1961

1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



LA CROSSE
ENGLAND c1920
95,00

1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:

PHOTO ARCHIVES
UNIV. OF LOUISVILLE



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



UDAY SHANKAR

1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



ROBIN HOWARD

1B
Artist:
Title:
Owner:



Graham Company departing 8/22/63

1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



1B
Artist:
Title:
Owner:



66. Erick Hawkins

1B
Artist:
Title:
Owner:




1B
Artist:
Title:
Owner:




1B
Artist:
Title:
Owner:



698



701