UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,          Case No. 23-cr-20298
                                        Honorable Judith E. Levy

vs.

Wendy Beard,

          Defendant.

_____

**Stipulation to Amend Preliminary Order of Forfeiture [ECF No. 33] to Specify the Amount of the Forfeiture Money Judgment**
_____

The parties, Plaintiff, the United States of America, by and through its attorneys, Dawn N. Ison, United States Attorney for the Eastern District of Michigan, and Adriana Dydell, Assistant United States Attorney, and Defendant Wendy Beard, by and through her attorney Steve Fishman, **STIPULATE AND AGREE**, that the Stipulated Preliminary Order of Forfeiture (ECF No. 33) entered on June 7, 2024, and incorporated herein by reference, shall be **AMENDED** to specify the amount of the forfeiture money judgment.

As ordered by this court at sentencing, the amount of the forfeiture money judgment against defendant Beard is $2,208,025.00.

All other terms of the Stipulated Preliminary Order of Forfeiture (ECF No. 33) remain in effect and the order has not been modified in any other respect. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Approved as to form and substance:

Dawn N. Ison
United States Attorney

| | |
|---|---|
| s/Adriana Dydell | s/Steve Fishman     (with consent) |
| Adriana Dydell (CA 239516) | Steve Fishman (P23049) |
| Assistant United States Attorney | Counsel for Wendy Beard |
| 211 W. Fort Street, Suite 2001 | 615 Griswold, Suite 1125 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9125 | (313) 962-4090 |
| Adriana.Dydell@usdoj.gov | Sfish6666@gmail.com |
| Dated: September 12, 2024 | Dated: September 12, 2024 |

*******************************

**IT IS SO ORDERED.**

Date: September 12, 2024         s/Judith E. Levy
                                 Honorable Judith E. Levy
                                 United States District Judge