## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

|                      |                           |
|----------------------|---------------------------|
|          Plaintiff,  | Case No. 23-cr-20298      |
| v.                   | Judith E. Levy            |
|                      | United States District Judge |
| Wendy Beard,         |                           |
|                      | Mag. Judge Kimberly G. Altman |
|          Defendant.  |                           |

_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTIONS FOR REDUCTION OF SENTENCE [51, 52]

On April 8, 2025, Defendant Wendy Beard filed a *pro se* motion for a reduction of her sentence, in which she asked the Court to reduce her sentence "pursuant to 18 U.S.C. 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines." (ECF No. 51, PageID.588.) On June 9, 2025, Defendant filed a second *pro se* motion for a reduction of her sentence, providing the same reasoning. (ECF No. 52.)

The Court denies both motions. The Court was aware that new sentencing guidelines for zero-point offenders would become effective only weeks after Defendant's sentencing and considered them at the time

of sentencing. However, the Court determined Beard was ineligible for a "zero-point offender" reduction. Under the amended Sentencing Guidelines, a defendant's offense level is reduced by two points if the defendant "meets all" ten enumerated criteria. U.S. Sent'g Guidelines Manual § 4C1.1(a) (U.S. Sentencing Comm'n 2024). Here, Defendant does not meet criteria (6) and (9), which require her to "not personally cause substantial financial hardship" and "not receive an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim)." *See id.* Because Defendant cannot meet the criteria for a reduction, her motions to reduce her sentence (ECF Nos. 51, 52) are DENIED.

In her motions, Defendant also states that she is mentoring other incarcerated women. (ECF No. 51, PageID.590; ECF No. 52, PageID.595–597.) Defendant writes that she teaches English and life skills to inmates, recently became a GED tutor at her prison, and "would like to continue with this work when back in the community." (*Id*.) The undersigned is gladdened to hear this and hopes she continues to make such an important contribution.

IT IS SO ORDERED.

Dated: June 17, 2025                    s/Judith E. Levy
      Ann Arbor, Michigan            JUDITH E. LEVY

United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 17, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager