AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

# UNITED STATES DISTRICT COURT
## FOR THE
Eastern DISTRICT OF Michigan

UNITED STATES OF AMERICA

v.

**RECEIVED DEC 24 2025 CLERK'S OFFICE U.S. DISTRICT COURT ANN ARBOR, MI**

WENDY BEARD
Write your full name here.

Case No. 0645 5:23 CR 20298
(Write the number of your criminal case.)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**

(*Pro Se* Inmate)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes ☐ No

ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

medical

---

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☒ Yes ☐ No | ☐ Yes ☐ No |
| Additional Medical Information | ☒ Yes ☐ No | ☐ Yes ☐ No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☒ Yes ☐ No | ☐ Yes ☐ No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☒ Yes ☐ No

## III. SENTENCE INFORMATION

Date of Sentencing: 9/11/24

Term of Imprisonment Imposed: 63 months

Approximate Time Served to Date: 14 months

Projected Release Date: 11-2027 HC

Length of Term of Supervised Release: 3 years

Have you filed an appeal in your case?

☐ Yes ☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes ☒ No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) Nov. 12, 2025
☐ No, I did not submit a request for compassionate release to the warden.

If you answered "No," please explain why not.

_____
_____

Did the warden deny your request?

☒ Yes, the warden denied my request on (date) December 1, 2025
☐ No, I did not submit a request for compassionate release to the warden.

## V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

A. **Are you at least 70 years old?**

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☐ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☐ Yes ☐ No

B. **Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐ I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☐ I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

☐ I am suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☐ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☒ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☒ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☐ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

See attached # 1A

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

AO 250 (Rev. 09/24) Pro Se Motion for Compassionate Release

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

12-4-25
Date

Signature

Wendy Beard
Printed Name

26741-510
Federal Bureau of Prisons Register No.

Carswell Medical Referral Ctr.
Federal Bureau of Prisons Facility

P.O. Box 2137, Ft. Worth, TX 76127
Institution's Address

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE
__Eastern__ DISTRICT OF __Michigan__

UNITED STATES OF AMERICA

Case No. 0645 5:23CR20298
(Write the number of your criminal case.)

v.

__Wendy Beard__
Write your full name here.

## PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes  ☒ No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

32695 Colony Hill Dr, Franklin, MI 48025

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

Brian Beard 248-930-6007
Wendy Beard (myself)

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

Brian Beard - husband 59 yrs. old

Do you know where you will work if you are released? If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

inside sales in manufacturing supplies
Had been offered job, not sure if still available

List any additional housing or employment resources available to you.

### B. Medical Needs

Will you require ongoing medical care if you are released from prison?

☐ Yes ☒ No

Page 9 of 16

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Will you have access to health insurance if released?

☒ Yes ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

BCBS

If no, how do you plan to pay for your medical care?

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes ☐ No

If yes, please include them with your motion.
If no, where are the records located?

For husband, Brian Beard

Are you prescribed medication in the facility where you are incarcerated?

☐ Yes ☒ No

If yes, list all prescribed medication, dosage, and frequency.

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes ☒ No

## ATTACHMENT 1

If yes, list equipment required.

_____
_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes ☒ No

If yes, list the required assistance and how it will be provided.

_____
_____

Do you require assisted living?

☐ Yes ☒ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____
_____

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes ☐ No   N/A

Do you have other community support that can assist with your medical needs?

☐ Yes ☒ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

_____
_____

Will you have transportation to and from your medical appointments?

☒ Yes ☐ No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Describe the method of transportation.

_lease vehicle Ford F150_

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12-4-25
Date

_Signature_

Wendy Beard
Printed Name

26741-510
Federal Bureau of Prisons Register No.

Carswell Medical Referral Ctr  unit 1N
Federal Bureau of Prisons Facility

P.O. Box 27137 Ft. Worth TX 76127
Institution's Address

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 2

# UNITED STATES DISTRICT COURT
## FOR THE
Eastern DISTRICT OF Michigan

UNITED STATES OF AMERICA

Case No. 0645 5:23 CR 20298
(Write the number of your criminal case.)

v.

Wendy Beard
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☒ Yes ☐ No

## ATTACHMENT 2

# MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent that you have medical records or additional medical information that supports your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12-4-25
Date

Signature

Wendy Beard
Printed Name

26741-510
Federal Bureau of Prisons Register No.

Carswell Referral Ctr.
Federal Bureau of Prisons Facility

#1N P.O Box 27137, Ft. Worth TX 76127
Institution's Address

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 3

# UNITED STATES DISTRICT COURT
## FOR THE
_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

v.

Case No. 0645 5:23 CR 20298
(Write the number of your criminal case.)

_Wendy Beard_
Write your full name here.

## COVER SHEET FOR ADDITIONAL INFORMATION
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes ☒ No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 3

## ADDITIONAL INFORMATION

To the extent that you have additional information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12-4-25
Date

Signature

Wendy Beard
Printed Name

26741510
Federal Bureau of Prisons Register No.

Carswell Med. Referral Ctr.
Federal Bureau of Prisons Facility

P.O Box 27137, unit 1N, Ft. Worth TX 76127
Institution's Address

I enclose my application for compassionate release. The circumstances that have arisen for which I am asking this are devastating. My husband of 26 years has been diagnosed with bone marrow cancer (MDS). It stems from a genetic disorder that he became aware of when his brother passed away in May of 2024 from this disease. The aggressive nature of this cancer is terrifying. The only chance he has for survival is a bone marrow transplant. If he does not get the transplant, survival rate is 5%, with a transplant he could have as much as a 50% chance. In order to receive this transplant he must have 24/7 care at home for the year following the transplant. They will not proceed without such guarantee for care. Unfortunately most of our family is no longer living and there are no options available other than myself. I am imploring you to grant this release so that I may help my husband have a shot at life. In addition, he will not be able to work during this time and not able to support himself financially. If I were home I could care for him while working from home in inside sales as I had done previously and be able to provide a way for him to stay housed and fed while he tries to battle this disease.

I have been incarnated in Texas at Carswell Medical Referral for almost 14 months. Due to the location being so far from home and not having the money for travel, I have been unable to see my husband since I began incarceration 14 months ago. I was quite surprised that I was placed in a high security facility being that I am a minimum level security but have made it my mission to make a positive impact on others. I have been employed as a GED tutor for most of my time here and have proudly helped 60 women receive their diplomas. In addition, I mentor women on continuing their education and options for employment that will help them when they are out in the world. I am also a volunteer teacher for the entire compound for ACE classes that range from subjects such as history, art and current events. It is my plan to continue mentoring and teaching women in need when I am released. In addition to helping others, I have worked hard on myself to rectify the issues that precipitated my incarnation. I am healthier mentally as well as physically than the day I self surrendered. I have come to realize the mental state I was in that led to my incarceration. In my 60 years of life I have never committed an offense and I will never do again. I also have completed over 17 classes in the areas of FSA, recreation, education and self improvement. I have never had an incident report and have remained in good standing. I am anxious to get back to the community and demonstrate the incredible change and the positive person I have become. I very much look forward to the opportunity to work and make meaningful restitution and amends to my victims. It is impossible to make a positive difference for my victims making 12 cents and hour locked behind the fence. I am desperate to have the chance to see my husband alive and help him battle and try and beat this horrible disease.

If you grant me this you will be saving not only my husband's life but my own as life without him is unimaginable. I know I can help him thru this terrible journey and with my help he will make it thru. He is such a wonderful person and deserves this chance. I will be a positive member of the community striving to make reparations and continue my work to help young women thru mentoring and education.

I have enclosed medical records regarding my husband's condition as well as information from my time at Carswell.

Please grant this chance at life.

Thank you

Wendy Beard

I enclose my application for compassionate release. The circumstances that have arisen for which I am asking this are devastating. My husband of 26 years has been diagnosed with bone marrow cancer. It stems from a genetic disorder that we became aware of when his brother passed away in May of 2024 from this disease. The aggressive nature of this cancer is terrifying. The only chance he has for survival is a bone marrow transplant. In order to receive this transplant he must have 24/7 care at home for the year following the transplant. They will not proceed without such guarantee for care. Unfortunately most of our family is no longer living and there are no options available other than myself. I am imploring you to grant this release so that I may help my husband have a shot at life. He will also not be able to work during this time and not able to support himself financially. If I were home I could care for him while working from home in inside sales as I had done previously.

I have been incarnated in Texas at Carswell Medical Referral for almost 14 months. Due to the location being so far from home and not having the money for travel, I have been unable to see my husband since I began incarceration 14 months ago. I was quite surprised that I was placed in a high security facility being that I am a minimum level security but have made it my mission to make a positive impact on others. I have been employed as a GED tutor for most of my time here and have proudly helped 60 women receive their diplomas. In addition, I mentor women on continuing their education and options for employment that will help them when they are out in the world. I am also a volunteer teacher for the entire compound for ACE classes that range from subjects such as history, art and current events. It is my plan to continue mentoring and teaching women in need when I am released. In addition to helping others, I have worked hard on myself to rectify the issues that I had that precipitated my incarnation. I am healthier mentally as well as physically than the day I self surrendered. I also have taken numerous classes in exercise and self improvement. I am anxious to get back to the community and demonstrate the incredible change and the positive person I have become. I also very much look forward to the opportunity to work and make meaningful restitution. I am desperate to have the chance to see my husband alive and help him battle and try and beat this horrible disease.

If you grant me this you will be saving not only my husband's life but my own as life without him is unimaginable. I know I can help him thru this terrible journey and with my help he will make it thru. He is such a wonderful person and deserves this chance. I will be a positive member of the community striving to make reparations and continue my work to help young women thru mentoring and education.
I have enclosed medical records regarding my husband's condition as well as information from my time at Carswell.

Please grant this chance at life.
Thank you

