**RECEIVED**
FEB -5 2026
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Dear Judge Levy,

I would like to address my application for compassionate release. As stated in my application, my husband Brian has a form of bone marrow cancer. His brother passed away very quickly of this same disease in May of 2025. It is a very aggressive disease and requires a bone marrow transplant for any hope of survival and even with a transplant the first year survival rate is only slightly above 50%. The transplant requires ridding his current immune system so that it is possible to accept the donor marrow.

Because this treatment is so aggressive he will need round the clock care when he is released from the hospital. He will require constant medical care and will have to be watched constantly as the recovery can be more dangerous than the treatment. The transplant team requires a commitment of a minimum of 3 months but it could easily be as 12 months or longer. It is impossible to know for sure until the procedure takes place and see how he does. There is always the chance the procedure would be too hard on his body and he would not survive but we are praying that is not eh case.

Since we have no family left, I am his only option for care. Our son is still in college 9 hours away. He would have to drop out of school with no chance of returning as he is on student loans which he would not be able to pay without employment. The terms of the loan would not allow any renewal. It would ruin his entire future. He is also not mentally equipped to handle this type of adversity and would not be able to actually do the things necessary to care for Brian.

My daughter has just started a very good, once in a lifetime position at a company which she interned previously. Getting the job in an economy that is very tough was a huge event. If she was the only one to care for Brian, she would lose her job and a chance at a successful future. Money is an issue for the entire family and she has been helping financially and will have to help more as Brian is unable to work and there is no money to support him. She is prone to depression and having to quit and lose her chance at the future she has started could very well spiral her into a dangerous depression.

My family has been punished extremely for my mistake. The civil lawsuit from the same individuals on the federal case has caused tremendous financial loss, including our current home as well as incredible stress during an already stressful time. The kids would have to give up their futures and I worry for their mental, physical and emotional stability. They would have no shot at success only because of my failures. To punish the kids because of my mistakes at a time when their dad is fighting for his life seems unjust. There is no societal rehabilitation in ruining innocent lives.

I understand there are a few people that object to my request for compassionate release. I would hope they would know that I have not been serving time at a camp facility but rather a maximum security facility that is an extremely difficult place. As an older white woman I was targeted by inmates and staff. The atmosphere was very unsafe and I was threatened physically and verbally often. I received no medical care, even when very ill. I only mention this as the victims who object to my release might not know that I was not at a camp and was serving time in a place that

was difficult just to survive daily.

Just days ago I was moved to a facility in Pekin, IL. I have previously explained my position as a tutor and mentor while in prison. I did make a difference in several women's lives for which I am proud, helping 60 women get their GED. The victims are not being benefitted positively from my incarnation as I am unable to make financial restitution while earning 12 cents an hour. I am 61 years old and have little work years left. To spend my working years in here and not be able to make restitution is not beneficial for the victims.

My husband's possible death would not benefit the victims nor would ruining my children's chance at a future be a benefit to the victims. Helping my husband live, saving my children and making amends to my victims thru the financial restitution they seek would, I believe, would be the most meaningful step toward amends.

I understand the government prosecutor has made me sound like a terrible monster. My crime was not the way I led my life. From the start of my business 25 years prior up until 2021, I had always worked with honesty and integrity, making sure my customers were well cared for. This would be evident if you asked them about our relationships prior to 2021.

There were a series of events that included the death of my parents, the sexual assault of my daughter, covid and the devastating theft of my gallery committed by my own brother. I fell apart and mentally lost ability to properly cope. None of my actions were pre-panned but rather became a spiral that was out of control as I could not cope. Rather than getting help, I made the grave mistake of hurting some of my customers.

I am extremely remorseful for my actions but can only prove how sorry I am by demonstrating the good I can do. I should have sought out help but was not even in the mental state to do so. I felt like I had died and I was someone else. It is hard to put into words. I have done a lot of self reflection and realize now how things unraveled. Now, I strive to help those around me daily, despite the environment I am in, while making it my priority to be honest every second of every day. I am a person of integrity that strives to help those around me by lifting them up. I am 100% honest at all times every day. I am not the monster the government has made me out to be. I would prove this to those who have been harmed given the chance. I will dedicate the days I have left to right the wrongs.

I ask you to please consider my request and give me the chance to give back to those who have lost so much. My husband is an excellent man who deserves the best chance at life and surviving this grave struggle. He desperately needs me to make this transplant happen and be successful. It is hard to imagine he might not survive and I would never see him again. I have not seen him in over 15 months. I would dedicate the days I have left to making amends to the victims and righting my wrongs. Your approval would mean so much to saving lives, providing amends, healing and giving a positive way forward for all those involved.

Thank you.

Kind regards,

Wendy Beard